NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7057

ROKE B. SANTOS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0586, Judge Donald L. Ivers.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Roke B. Santos moves without opposition for a 30-day extension of time, until November 14, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Scott D. Austin, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2009

JAN HORBALY
CLERK